IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:94-CR-70-16-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LUTHER J. MCLOYD. | ) | |
| | ) | |

This matter is before the Court on Defendant's Motions for Reconsideration. Defendant moves for reconsideration of this Court's May 5, 2010 Order (D.E. #487) denying his Motion to Reconsider his December 26, 2007 Motion to Reduce Sentence pursuant to 18 U.S.C. § 3582(c)(2) (D.E. #455), and this Court's September 16, 2009 denial of his previous Motion for Reconsideration. D.E. #478

This Court has reviewed Defendant's claim on several occasions and has found he was not eligible for a sentence reduction. The Pre-Sentence Report indicates that Defendant was involved with a significant amount of cocaine base, well over the threshold amount permitted for consideration of a sentence reduction. This information was established through a number of witnesses and co-conspirators and not from protected statements made by Defendant, as he contends. Defendant's new motion is similar to his previous arguments that have been rejected by this Court. Accordingly, Defendant's Motions for Reconsideration is DENIED.

SO ORDERED.

This 30 day of June, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE