# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8665
Fax: 919-861-5555

DATE: December 14, 2018

FROM: Erica W. Foy
U.S. Probation Officer

SUBJECT: **MCLOYD, Luther**
**Dkt. No.: 4:94-CR00070-16BO**
**REQUEST FOR EARLY TERMINATION**

TO: Terrence W. Boyle
Chief U.S. District Judge

On March 1, 2996, pursuant to a guilty plea to Conspiracy to Possess with Intent to Distribute Crack Cocaine, Luther McLoyd appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 262 months imprisonment to be followed by 5 years supervised release.

The defendant was released from custody on September 8, 2014, and began supervision in the Southern District of New York, where he has remained.

He has performed satisfactorily on supervision. He has submitted to DNA testing, all drug screens have been negative, and he has been on low intensity supervision since April 2016. His term of supervision is set to expire on September 7, 2019.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and they do not object to our request. Please indicate the court's preference by marking the appropriate selection below.

---

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_Terrence Boyle_     _12-14-18_
Terrence W. Boyle     Date
Chief U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.   Crim. No. 4:94-CR-70-16BO

**LUTHER J MCLOYD**

On September 08, 2014, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller  
Jeffrey L. Keller  
Supervising U.S. Probation Officer

/s/Erica W. Foy  
Erica W. Foy  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8665  
Executed On: December 14, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __14__ day of __December__, 2018.

Terrence W. Boyle  
Chief United States District Judge